798 A.2d 1267

VIRGINIA MYERS, ET AL., PLAINTIFFS-RESPONDENTS,
v. COUNTY COLLEGE OF MORRIS, DEFENDANT-
PETITIONER.

May 13, 2002.

Petition for certification is granted and, in the light of *O'Connell v. Montclair State University*, 171 *N.J.* 484, 795 *A.2d* 857 (2002), the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for the entry of judgment on behalf of defendant.

798 A.2d 1267

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. THOMAS
L. MCINTOSH, DEFENDANT-RESPONDENT.

May 14, 2002.

Petition for certification is granted, and the judgment of the Appellate Division is summarily reversed, in part, and the matter is remanded to the trial court for the entry of a judgment consistent with *State v. Carreker*, 172 *N.J.* 100, 796 *A.2d* 847 (2002).